# UNITED STATES DISTRICT COURT

for the

District of **Alaska** 9th

_____ Division



RECEIVED

JAN 12 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Justin Dolan
_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

AK Dept. of Corrections
Ofc. Clawson, Ofc. Mewg, Ofc. Daniels
_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:23-cv-00005-SLG

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                           Justin Dolan
All other names by which
you have been known:                    N/A
ID Number                        (AKDO) 7190896  (AHOBOT) 531888  (FED) 20354-006
Current Institution               Anchorage Correctional Complex - EAST
Address                            1400 E. 4th Ave.
                                   Anchorage          AK          99501
                                        City              State         Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                              Ofc. Clawson
Job or Title *(if known)*         Correctional officer
Shield Number                     Unknown at Time ?
Employer                          AK Dept. of Corrections
Address                           1400 E. 4th Ave.
                                  Anchorage          AK          99501
                                        City              State         Zip Code
                                  ☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                              Ofc. Meng    (?)
Job or Title *(if known)*         Correctional officer
Shield Number                     Unknown at Time ?
Employer                          AK Dept. of Corrections
Address                           1400 E. 4th Ave.
                                  Anchorage          AK          99501
                                        City              State         Zip Code
                                  ☐ Individual capacity    ☑ Official capacity

Page 2 of 11

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*Ofc. DANIELS*

*CORRECTIONAL Officer*

*Unknown At time ?*

*AK Dept. of Corrections*

*1400 E. 4th Ave.*

*Anchorage* *AK* *99501*

City State Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*N/A*

City State Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*8th AND 14th Amendment Rights (+ Possibly others?)*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Anchorage Correctional Complex-EAST (Booking Area) ON JANUARY 13th, 2021 (w) (Approx. 6AM-8AM ?)

Page 4 of 11

**II.**

D. — All Three of the defendants listed in this class, were in violation of not only FREP, but this own Dept's. Policy Procedures. NOT only with the unnecessary & excessive force & brutality displayed by them, but the sexual Nature of the Illegal Search & seizure performed when they entered my anal cavity without midlevel Supervision, clearance, or a legal warrant. On top of that, the near lethal techics used & performed by them, and under the supervision & While I was in the custody of APD officer, & the disregard for the law & my physical well-being.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Appox. 0600 and 0800 hrs. through 1600 hrs.
On 1/13/2021

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON Page Attached ⟹

**V.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Although this whole event was very painful ⟹
(Continued
ON
attached
Page(s)

**VI.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ON Page(s) Attached ⟹

Case 3:23-cv-00005-SLG   Document 1   Filed 01/12/23   Page 6 of 27

— JANUARY 13th, 2021 ~ (Approx. 6AM-8AM):

As I was being transported + booked by Anchorage Police officer (At the time officer's name is unknown). During this time, I was not aggressive or combative w/ the authorities whatsoever. Upon arrival at Anchorage Correctional Complex-EAST Booking, I was brought into the intake corridor in which the initial stage of the booking process normal takes place, and a transfer of custody between arresting agencies + D.O.C. officials follows. This consists (and as stated in the D.O.C. Policies + Procedures for Booking Process) of an initial "pat-down" search for weapons, medical screening, inventory of property, etc. Most of which, while detainee is still technically in Police, or whatever arresting agency is present, custody, until handcuffs or hand restraints are removed and issued back to arresting officer + transfer of detainee is complete.

While I was being processed and brought to this room, technically in A.P.D. custody this entire time of which I'm about to describe in detail. I was first facing the wall and being patted down for weapons, which I had none. The Corrections officer in charge or leading the search, started wrenching on my right arm and stating + directing me to stop resisting. Claiming I was "twisting and pulling away", which is nearly physically impossible, saing as I was literally two inches away from the wall I was facing and also in A.P.D. restraints (handcuffs) at the

time. Subsequently, while still in handcuffs and in the custody of the A.P.D. officer that was present during this incident, I was brought to the ground, assaulted physically + excessively by three C.O.'s (Officer Chausson, Officer Meve, Officer Daniels), stripped completely bare Nothing of all my clothes. During this event, shortly after my clothes were removed, one of the C.O.'s not only made unwanted sexual contact w/ my genitals, but also made forced and unwarranted entry of my Anal cavity, penetrating this cavity w/ their fingers. I do not knew exactly which officer exactly was the one who penetrated my anal cavity. I was completely helpless in this struggle + continued throughout to cry out for help + yell, stating that this was non-consensual + illegal. Prior to the sexual assault, the officers had allegedly found two objects, but that still does not give them a right to act above the law, and without a warrant or medical staff to make entry + penetrate my private region. At no point did the A.P.D. officer attempt to intervene or stop this assault + violation of my rights + their own obligations as peace officers to follow the Department P+P's, and above all the law (Federal + State). I was then, still naked and cuffed, continued to be physically assaulted by all 3 C.O.'s for several minutes, at one point the biggest of the C.O.'s (DANIELS) had his knee suffocating my neck + throat, while I was continuously pinned on the ground by the other two, for reasons unknown to me, seeing as I was already Restrained, secured, sexually molested, and on the ground. During this, I had even mentioned + argued how I was

having trouble breathing, this was illegal, and that I →

As if they were trying to kill me. I say this because; one; I assumed this tactic of jamming their knee into my neck was made illegal after the incident + killing of George Floyd on National T.V. Two; This was the same way + manner in which an inmate was killed by CO's, in this same holding area, years ago named Walter Kobuk. Plus, given the fact that no rules or regulations were being followed or acknowledged by any of these officials, I in a way, felt as if I was going to die before this whole incident was through. Finally, when this excessive show of force, sexual misconduct, + assault was concluded I was left in that same holding cell for the next 8hrs. completely naked and without any blanket or mattress. I was not on suicide prevention or DRY cell status at the time either. I tried to report this all to medical staff + the lieutenant or sergent in charge at the time, to no avail. I have since been harassed and targeted by staff of D.O.C. over this incident and my seeking legal action on this matter, which can all be verified (Time/DATE/Events/etc.) + documented by my own personal Time/Event log, Video Surveillance Footage @ ACC-EAST Security, APD Report #21-1296, + whatever other documentation D.O.C. officials can/will make avail to the courts.

(END OF SECTION)

(CONT) + uncomfortable to deal w/ during the actual incident taking place, the most critical + overall painful part of the whole occurrence was/is the prolonged after-effects and continuous struggles I've had to deal w/live w/ in the two years since, and am going to have to continue to be forced to battle + seek help + guidance in overcoming for the forseeable future, if not the rest of my life, & in so many different aspects. It, to me, is very shameful, tormenting, and embarassing for me to re-play + re-live in my head on a day to day basis, especially given the sexual nature + abuse of authority by the very ones currently housing me, which has proven to be very problematic + overly-stressful on my mental + psycological well-being, for many months now; to say the least. Honestly, almost causing me to live in a complete state of fear, as I'm scared at this point, to raise any more awareness or shed light on this whole matter in regards to the event, than I already have + than D.O.C. staff here @ the jail are already on somewhat "hi-alert" about, as they have already + repeatedly tried to silence me + prevent me from exposing or making anymore public than it has become currently. These retaliative + preventive measures that have happened in the time since I first started to seek legal action +/or make it known that I was and am pensuing civil action + attempting to press charges/file paperwork about this incident, have been very obvious + directly performed, in all likelyhood, to stop or silence

me from continuing, or completing this legal action. The events sequence of events &/or actions by staff/admin that have occurred, just in the few months since, and almost directly after, the first time I had mentioned seriously attempting to file a claim in the courts + that I was going to be persistent in regards to not letting this go, or blow over, have been way too much to be "harmless error" or just coincidential events. I say this because not only of comments made to me by certain staff, the "siezure + "misplacement" of all my property (including over 40 pages of legal paperwork directly in referrance to this matter), continuous targetting + excessive searches (most including C.O. Clawsen, who was the main culprit in assault on myself on various dates, all documented in form/Event log attached + verifiable by records, blocking of numbers + phones by the dozens by security, but many other circumstances that have all taken place in less than 3 months, All crucial + important for me to prepare + file this claim civilially before the 2 year statute of limitation is up. This all being said, has caused me more mental distress, and has instilled very much fear + worry in me on a doily basis, living here @ the jail, housed by my abusers. This in itself is causing me more

and quite frankly, I won't be or even begin to be any sort
of relieved or content temporarily, until I at least have
this claim + this legal document finished + sent out,
as while I'm here in D.O.C. custody, almost feel as if
it is the only measure I can take without of
being noticed or brought up to staff/admin here @ ACC
and being hurt further, being more retaliated against +/or
targeted than I already have, and/or placed into admin
protective custody, basically punitive SEGREGATION, and punished
for speaking out or taking action about this. As I
have already seen and experienced first hand that
this is very possible and not likely the result to
some extent in response to this, and know the
possibilities of more mistreatment + punishment that will
be experienced by me by all of this, not just especially
over the last 9 months + as a result of they're own
illegal action + misconduct, but in my whole adult life
unfortunately being part of this system. In regards
to my physical injuries suffered, at the time of the
event, I would say, besides a few aches, scrapes, bruises,
and soreness (not just to the raw areas of my body, but
my arms as well) for well beyond a week after, my shoulder
that I have had previous surgery on and has been
subject to various accidents over the years, was
the most crucial + long lasting of any physically
injuries that were a result of the assault by

→ by

D.O.C. Staff and the neglect of APD on that day. This is what I was first complaining about and what more or less may have irritated the event in the first place, was the wrenching & twisting of my right arm + shoulder (while In handcuffs). There may have been even more damage than I've already suffered + been subject to, prior to this, to my shoulder. As it is constantly aggitated, uncomfortable, and stiff, more so than these symptoms occured in the years before this, I will have to seek expert opinent advice by a physical therapist in regards to this immediatly upon release from DOC custody & get further analisys for. Then the have the physical uncomfort and sereness in regards to my private regions as a result of encounter, and forced + unwanted entry + penetration of my anus and the soreness & discomfort, as well as swelling that took place after. More so than any physical or bodily damage/injury that took place, especially in regards to the sexual molestation + contact, was the continued + direct mental, psychologically, and emotional injury that has affected me very much so, and of such a high level + alarming pace and has been/and continues to be like-altering since this assault happened

nearly two years. That, accompanied with the thought

→



at the time and the realization that I couldn't potentially lost my life in this abuse of authority & neglect, and excessive mistreatment at the hands of Peace officers and in the presence of Police, whom I was legally supposed to be protected & safe in the custody of, over essentially nothing + something so non violent + insignificant by me, during this near-lethal, sexual and physical assaultive misconduct at the hands of those sworn to protect & serve the community. Its easily assumed + logically understood the psychological damage & frustration mentally it has had me experiencing this. Furthermore, some of the prolonged + untreated trauma + distress I have + continue by am faced w/ + have to navigate through include an array of emotional and psychological anguish and damage. I find it hard to perform sexually, making me question my own sexuality, at times. Which is a whole problem in itself, especially since the incident I have been unable to even get an erection. Thus, alot of the injuries were done to my mental + emotional well-being and have damaged my ego, pride, and confidence, among more serious ailments and trauma.

Due to the facts I have detailed throughout this claim, and the various + prolonged mistreatment + torment I have had to deal w/, by the hands of authority figures + officials (the very ones here to protect + house me). Along w/ the sexual nature + warrantless cavity search that took place, as well as not only the physical + sexual assault + injuries and the continuous + unbearable mental anguish, P.T.S.D., Etc. I see it fit to accept no less than $1.5 million in damages; but would actually, more than any dollar amount could accommodate for, I would like for once, to see the officials be held accountable + punished for their continuous misconduct, mistreatment, and violation of many other's rights + well-being. That they so often get away w/ AND gets swept under the rug of injustice.

(CONT.) (1.) I Did not file a grievence, here @ ACC-EAST for a few reasons... One being, I wasn't sure what solutions to request or see reasonable that D.O.C. could even give me in a grievence process. Two, I have already briefly explained in this claim how I have already been targetted and retalliated against for this incident before even being able to file this claim, and filing a grievence wouldve in my eyes ruffled feathers and created more problems for me rather than solve them.

(2.) I informed the shift supervisor & medical staff when, and on the date this first occurred, @ ACC-E booking on 1/13/2021 and was basically ignored & told that I shouldn't have made them do that for me. Which didn't make any sense to me or seem rightat all.

**\*** . __Full__ TIME/EVENT LOG; IN Accordance To Incident on **\*\***
1/13/2021 + Any/All circumstances Directly/Indirectly
Associated with thereafter. As follows:

1/13/2021 - (Approx. 6AM-4pm ᴼᴺ ᴬᵁ): MAIN Incident/Event in which
whole case is based upon (Fully detailed/Described
in complaint). Have requested via RFI (multiple times) To
have video/surveillance Footage From time/Date perserved/
Saved, given access to or made available for personal
records + legal purposes. Was told by Security/Admin
that this may only be requested by attorney/Legal Rep.
And/or subpena or warrant, No Reply or Returned
RFI(s) after this, when requested again. HAD Record
of oNiginal RFI/Request for Personal/Legal Files prior
to Seizures + Disappearance of all property, legal Docum
etc. by D.O.C. Staff/admin, following events on 10/2?
and again on 12/8/22, 12/11/22; described later in Time/
Event log. Also STANDARDS SERGENT STRAWTHER CAN
Verify + Should have record of this for verification of
Claim(s) stated. (Further described later in Document)
Am subsequently released From custody the following morning
(1/14/2021) @ 2:30 AM, ~~attempted~~ (LESS Then 24 hrs. after Booking),
as No New charges are picked up by Muni/State, or any
attempted charges filed by APD are denied to prosecute
in regards to any/all circumstances surrounding Contact w/
APD + Booking @ JAIL. No PROBATION VIOLATION Paperwork
filed on behalf of Federal +/or STATE Probation Office
at any point during date of 1/13/2021, resulting in

Release from custody. Am completely shaken up, confused,
and mentally distraught by sequence of events over
previous 24 hours. Am fearful of returning to jail or
how to proceed after all that had recently taken place,
+ am skeptical about outcome or how it will be
handled, resulting in fear of being returned to D.O.C.
custody thereafter.

-9/16/2022- Remanded to D.O.C. Custody/Anchorage Jail for
the first time since incident on 1/13/2021.

(WEEK of):
-10/9/2022- Received all STATE + FEDERAL VIOLATION Documents in regards
to allegations, as well as description(s) of incident on
1/13/2021 in booking, stating very brief and vague details of
misconduct on behalf of APD/DOC officials, but clearly stating
the fact (ON BOTH FED/STATE files) that "During A Pat-down search,
objects were found inside of Dolean's Anal Cavity", clearly showing
at the very least, unwarranted entry + unwarranting sexual
contact had taken place, amidst the illegal search + seizure
and physical + excessive assault on my person. Gives APD
report # of $~~#72~~ #21-1296, which I have since that very week,
tried to obtain, view, and receive full report and discovery on,
of which have all been unsuccessful but should be able to be verified
and proven to be on record, as I, for nearly 2(+) months left
numerous voicemails + inquiries about on my STATE + Federal
Public Defenders phone #'s about, sometimes x2-3 a week,
all to no avail. I

L

unit I was being housed in at the time (Charlie Wood), during the day shift, was Officer Clawson, whom during that time, made various different comments to me in a joking/sarcastic manner in regards to the incident on '13/2021, which he was directly involved in, the main one being "We're not going to find anything hidden in your ass this time are we? Haha..."

10/18/2022 — The first time I had mentioned seriously over the private Securus non-private, monitored phone call that I had been documenting + establishing proof and grounds to file/seek legal action on DOC/APB for the 1/13/2021 incident + had been searching, writing + quoting case law + preparing 40+ pages of rough drafts + paperwork regarding my personal experience, fear, and trauma I was undergoing to add to civil case/legal files.

10/21/2022
(Approx. 6:30AM) During Morning Count, CO. claims "smell of smoke" as he walks past my cell door (Charlie #13), behind a closed/locked door. Calls for Rovers, removes me from cell and strip search my person finds nothing, claims they find altered batteries, although no write-up is ever given. I am moved housing units + my property (including all my legal files) are rolled up by staff + logged going to operations, where they were never

Acknowledges "misplacement" of all property, issues me a new radio + never finds legal documents, this can be verified by ACC & STANDARDS Sergeant STRAWTHER.

12/6/2022 – Send out legal letter detailing incident / seeking legal Representation, including Time Event log + paperwork IN refurrence to event, to TED STEFOVICH.

12/8/2022 – Special Security Team & C.O.'s (including C.O. Clawson)
(Approx 12 Noon) perform "shake down" of only 7-8 cells (including my own - C-16), strip search, + scan inmates involved, lock us all in gym for 2+ hours while they perform Search of cells resulting in, after spending nearly this whole time on my cell and clearly going + scanning all my paperwork, including legal documents + files illegally (which can be verified + stated in affidavit if necessary by multiple inmates witness to this) + removal / seizure of a trash bag full of "Misc. Paperwork", stating x1 Total on seizure report, signed by Sergeant hosburg.

12/11/2022 – Another Shakedown is performed by C.O.'s (including C.O. Clawson)
(Approx 8AM) of entire Housing unit and more files are removed from my cell.

Various Weeks – Housed in same unit that Ofc. Clawson is in charge of
Between 10/9/22 preceding weeks of 10/6/2022, 11/13/22, 11/13/22, 1/10/22
1/30/2023

Case 3:23-cv-00005-SLG   Document 9   Filed 01/10/23   Page 20 of 27

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Anchorage Correctional Complex - EAST (BOOKING AREA)*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

*N/A*

Page 6 of 11

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

 Yes

 No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?



2.   What did you claim in your grievance?



3.   What was the result, if any?



4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Page 7 of 11

Firefox

about:blank

F.  If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here:

*See Page(s) Attached*

    2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*See page(s) Attached* 

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 ☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

1/3/2023, 10:37 AM

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)                    N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.          N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)
     Defendant(s)                              N /A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

                                              N /A

3.   Docket or index number
                                              N /A

4.   Name of Judge assigned to your case
                                              N /A

5.   Approximate date of filing lawsuit
                                              N /A

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition          N /A

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

                                              N /A

Page 10 of 11

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       1 / 10 / 2023

Signature of Plaintiff

Printed Name of Plaintiff       Justin Dolan

Prison Identification #       (STATE) 331888   (FED) 20354-006

Prison Address       1400 E. 4th Ave.
Anchorage                    AK            99501
       *City*                      *State*          *Zip Code*

### B.     For Attorneys

Date of signing:

Signature of Attorney       N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                             *City*              *State*          *Zip Code*

Telephone Number

E-mail Address

Justin Dolen #531088
Anchorage Correctional Complex - EAST
1400 EAST 4th. Ave.
Anchorage, AK 99501



THIS LETTER WAS
WRITTEN BY
AN INMATE AT AN ALASKA JAIL
PLEASE DO NOT SEND CASH IN
THE MAIL

LEGAL & CONFIDENTIAL

District Courthouse
222 WEST 7th Ave. Room 229
Box/Suite #4
Anchorage, AK 99513

LEGAL
MAIL

THIS LETTER WAS
WRITTEN BY
AN INMATE AT AN ALASKA JAIL
PLEASE DO NOT SEND CASH IN
THE MAIL

LEGAL & CONFIDENTIAL